UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>      v.<br><br>BRIAN J. STUCKE,<br><br>                            Defendant. | Case No. 2:03-CV-1161<br><br>Judge Sargus<br>Magistrate Judge Abel |

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco in Support of Request to Make Tax Payments (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on Court Registry account number 3755039417, under the case name designation "Securities & Exchange Comm. vs. Brian Stucke," for the amount of $2,670 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "S.E.C. v. Stucke (03CV1161); EIN# 26-2800885; 2006, 2007 and 2008 (Q2) tax liabilities."

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100

3. The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 8-4-2008

_____
UNITED STATES DISTRICT JUDGE