**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>v.<br><br>BRIAN J. STUCKE,<br><br>                            Defendant. | Case No. 2:03-CV-1161<br><br>Judge Sargus<br>Magistrate Judge Abel |

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of Jude P. Damasco in Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on Court Registry account number 3755039417, under the case name designation "<u>Securities & Exchange Comm. vs. Brian Stucke,</u>" for the amount of $3,400 payable to "Damasco & Associates," for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "S.E.C. v. Stucke (03CV1161); EIN# 26-2800885; Tax Administrator fees for tax years 2006 and 2007."

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100

3. The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 8-4-2008

_____
UNITED STATES DISTRICT JUDGE