UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

    v.

BRIAN J. STUCKE,

    Defendant.

Case No. 2:03-CV-1161
Judge Sargus
Magistrate Judge Abel

## ORDER

The Court, having reviewed the Motion to Disburse Funds to Injured Investors (doc. 32), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on Court Registry account number ▮▮▮▮17, under the case name designation "Securities & Exchange Comm. vs. Brian Stucke," for the amount of $223,813.13 payable to U.S. Bank, as paying agent for the trustee of the post-confirmation trusts ("bankruptcy trustee") created in In re National Century Financial Enterprises, Inc., Case No. 02-65235 (Bankr. S.D. Ohio), for distribution on a pro rata basis solely to the injured investors in asset-backed notes issued by NPF VI and NPF XII. The check shall contain a notation stating the account name and number of the receiving account, to be provided by the Commission's counsel to the Clerk of the Court.

2. The Clerk shall send the check by overnight mail to:

U.S. Bank Operations Center
Lockbox Services CM 9705
EP-MN-01LB
1200 Energy Park Drive
St. Paul, MN 55108
Phone: 904.807.3057

3. The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: 12 - 2 -2008

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE